Appeal Form No. 2

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>DONITA J COLE<br><br><br>**Debtor(s)** | Chapter 7<br>Case No. 15-bk-7045-EPB<br>Adv. No. N/A |
| DONITA J COLE<br><br><br>**Appellant(s)** | |
| v.<br>MR Capital, LLC<br><br>**Appellee(s)** | **TRANSMITTAL OF APPEAL TO DISTRICT COURT** |

TO:   BRIAN D. KARTH
      CLERK, U.S. DISTRICT COURT
      FOR THE DISTRICT OF ARIZONA

Transmitted herewith is:

   A Notice of Appeal filed on 06/24/2016 , a copy of the order of judgment appealed, and the election of appellant to have appeal transferred to the District Court pursuant to 28 U.S.C. Section 158(c)(1).

   The Notice of Appeal Filing Fee [✓] has been paid, [ ] has not been paid, or [ ] waived by order pursuant to 28 USC 1930(f).

Dated:  June 27, 2016

                                            GEORGE PRENTICE, CLERK OF COURT
                                            U.S. BANKRUPTCY COURT

                                            By: KATIE HENDERSON
                                                Deputy Clerk

Copies to be mailed to attorneys for interested parties and pro se parties to the appeal by the BNC.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>DONITA J COLE<br><br><br>**Debtor(s)**<br><br>DONITA J COLE<br><br><br><br>**Appellant(s)**<br><br>v.<br>MR Capital, LLC<br><br><br><br>**Appellee(s)** | Chapter 7<br><br>Case No. 15-bk-7045-EPB<br><br>Adv. No. N/A<br><br><br><br><br><br><br><br><br>**NOTICE OF FILING OF APPEAL<br>AND NOTICE OF REFERRAL OF<br>APPEAL TO THE DISTRICT COURT** |

    YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed on 06/24/2016 with the Clerk of the U.S. Bankruptcy Court.  The appellant has filed an election to have the appeal transferred to the District Court.  Pursuant to 28 USC Section 158(c), the Appeal is referred to the District Court.

    NOTICE IS GIVEN TO THE APPELLANT that the appellant shall, within 14 days of the filing of the Notice of Appeal, file with the Clerk of the U.S. Bankruptcy Court, 230 N. 1st Ave, #101, Phoenix, Arizona, 85003 the following:

1. A designation of the items to be included in the record on appeal and serve a copy upon the appellee;
2. A statement of the issues to be presented and serve a copy upon the appellee; and
3. A request for any transcripts where the designation includes a transcript of any proceeding or a part thereof.  The party requesting transcripts must follow the court's ordering procedures.

Dated: June 27, 2016

GEORGE PRENTICE, CLERK OF COURT

By: __KATIE HENDERSON__
        Deputy Clerk

Copies to be mailed to attorneys for parties and pro se parties to the appeal by the BNC

# United States Bankruptcy Court
# District of Arizona

### APPEALS - ORDERING AN OFFICIAL TRANSCRIPT

If you have filed an appeal and designated a transcript of a hearing as part of the record on appeal, you will need to follow the steps below to obtain an official transcript:

1. Determine the date of the hearing.

2. Determine whether you need a transcript of the entire hearing or only a portion.

3. Determine if the transcript is already on file by reviewing the case docket or you may call the court for assistance.

4. Ordering a transcript requires an advanced deposit. The deposit and price for the transcript will vary as it depends upon the estimated length of the hearing and turn-around time requested.

5. To order a transcript, please contact the ECR Operator Team who will advise you of the procedures for ordering a transcript and for making payment.

6. The court uses an independent transcription company to prepare official transcripts.

7. At the time the transcription company provides you with a transcript, a copy is filed with the court; therefore, it is not necessary for you to file a copy.

8. Reminder: If you have designated a transcript of a Court proceeding in your Appeal documents, **it is your responsibility to order it** from the Bankruptcy Court ECR Operator Team. The order should be placed at the time you file the Statement of Issues and Designation of Record.

Contact Information:

| | |
|---|---|
| ECR Operator Team – Phoenix, Prescott, Flagstaff, Bullhead City | 602-682-4200 |
| ECR Operator Team – Tucson | 520-202-7556 |
| ECR Operator Team – Yuma | 928-783-2288 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

### NOTICE TO PARTIES TO APPEAL TO DISTRICT COURT

Procedure when an appeal is transmitted to District Court:

1. Upon receipt of an appeal from the Clerk of the Bankruptcy Court or from the Clerk of the Bankruptcy Appellate Panel, the appeal is assigned a civil case number in the District Court. The District Court then sends a "Notice of Receipt of Appeal" to the parties to the appeal advising them of the civil case number assigned in the District Court.

2. The bankruptcy appeal in the District Court is governed by the District Court Local Rules of Bankruptcy Appeal Procedure. Please refer to these rules.

3. When the statement of issues, designation of record and any designated transcripts are filed with the Bankruptcy Court, the Bankruptcy Court Clerk will transmit to the District Court a certificate that the record is complete. The date of transmittal to the District Court constitutes the date of the entry of the appeal on the docket in District Court.

4. The record is retained in the Bankruptcy Court. Copies of the record are no longer required to be filed with the District Court. Instead, the parties include copies from the record in their Excerpts of Record filed as appendix to their briefs.

Donita J. Cole
P.O. Box 4907
Mesa, Arizona 85211
602-369-1551

*Without an Attorney*

FILED
2016 JUN 24  PM 12:43
U.S. BANKRUPTCY CLERK
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
District of Arizona

| | |
|---|---|
| DONITA J. COLE,<br><br>*Debtor*, | Case No.: **2-15-bk-07045-EPB**<br><br>Chapter 13 |

## NOTICE OF APPEAL

DONITA J. COLE, the Debtor appeals under 28 U.S.C. § 158(a) or (b) from the following judgment, order, or decree listed below, of the bankruptcy judge entered in this proceeding on the corresponding dates.

| Order | Date Rendered: |
|---|---|
| **[PROPOSED] ORDER TO QUASH NOTICE OF LIS PENDENS [230]** | 6/21/2016 |

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | | |
|---|---|---|
| **STEPHEN BROWER**<br>MOYES SELLERS & HENDRICKS<br>1850 N. Central Ave, Suite 1100<br>Phoenix, AZ 85014<br>602-604-2141 | *Representing* | MR Capital, LLC<br>c/o Clint W. Smith, PC<br>1423 S Higley Road, Suite 128<br>Mesa, AZ 85206<br>480-807-9300 |
| **Rachel Elizabeth Flinn**<br>RUSSELL BROWN, TRUSTEE<br>3838 North Central Ave, Suite 800<br>Phoenix, AZ 85012-1965<br>602.277.8996 | *Representing* | RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>3838 North Central Ave, Suite 800<br>PHOENIX, AZ 85012-1965<br>602-277-8996 |

| | | |
|---|---|---|
| **JOSHUA T GREER**<br>MOYES SELLERS & HENDRICKS<br>1850 N. Central Avenue<br>Suite 1100<br>PHOENIX, AZ 85012<br>602-604-2141 | *Representing* | MR Capital, LLC<br>1423 S Higley Road, Suite 128<br>Mesa, AZ 85206<br>United States<br>480-807-9300 |
| **MICHAEL P. LANE**<br>LANE & NACH, P.C.<br>2001 East Campbell, Suite 103<br>Phoenix, AZ 85016<br>602-258-6000 | *Representing* | ROGER W. BROWN<br>P.O. BOX 32967<br>PHOENIX, AZ 85064-2967<br>602-274-4231 |
| **CLINT W. SMITH**<br>CLINT W. SMITH PC<br>1423 S Higley Road, Suite 113<br>MESA, AZ 85206<br>480-807-9300 | *Representing* | ME Capital, LLC<br>1423 S Higley Road, Suite 128<br>Mesa, AZ 85206<br>480-807-9300<br><br>MR Capital, LLC<br>1423 S Higley Road, Suite 128<br>Mesa, AZ 85206<br>480-807-9300 |

**RUSSELL BROWN**
CHAPTER 13 TRUSTEE
3838 North Central Ave, Suite 800
PHOENIX, AZ 85012-1965
602-277-8996

**Roger W. Brown, Trustee**
PO Box 32967
Phoenix AZ 85064-2967
602-274-4231

Dated: June 24, 2016                      *Respectfully submitted,*

                                          by: /s/ Donita Cole
                                          **DONITA J. COLE** *without an attorney*
                                          P.O. Box 4907
                                          Mesa, Arizona 85211

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other

- 2 -

party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing has been furnished by U.S. Mail to: the parties on the service list on this date June 24, 2016.

by: _____
DONITA J. COLE without an attorney

**SERVICE LIST:**

**STEPHEN BROWER**
MOYES SELLERS & HENDRICKS
1850 N. Central Ave, Suite 1100
Phoenix, AZ 85014
602-604-2141

**CLINT W. SMITH**
CLINT W. SMITH PC
1423 S Higley Road, Suite 113
MESA, AZ 85206
480-807-9300

**Rachel Elizabeth Flinn**
RUSSELL BROWN, TRUSTEE
3838 North Central Ave, Suite 800
Phoenix, AZ 85012-1965
602.277.8996

**RUSSELL BROWN**
CHAPTER 13 TRUSTEE
3838 North Central Ave, Suite 800
PHOENIX, AZ 85012-1965
602-277-8996

**JOSHUA T GREER**
MOYES SELLERS & HENDRICKS
1850 N. Central Avenue
Suite 1100
PHOENIX, AZ 85012
602-604-2141

**Roger W. Brown, Trustee**
PO Box 32967
Phoenix AZ 85064-2967
602-274-4231

**MICHAEL P. LANE**
LANE & NACH, P.C.
2001 East Campbell, Suite 103
Phoenix, AZ 85016
602-258-6000

SO ORDERED

Dated: June 21, 2016

Eddward P. Ballinger Jr., Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In re:

Donita J. Cole,

Debtor.

Chapter 13

Case No.: 2:15-bk-07045-EPB

**[PROPOSED] ORDER TO QUASH NOTICE OF LIS PENDENS**

The Court has considered Creditor MR Capital, LLC's ("MR Capital") "Motion to Quash Notice of Lis Pendens" [Dkt. 206] (the "Motion"), any responses and objections thereto, and finding good cause,

IT IS HEREBY ORDERED that MR Capital's Motion is granted;

IT IS FURTHER ORDERED that the Notice of Lis Pendens that Debtor recorded with the Maricopa County Recorder as Document No. 2016-0277662, as well as the Amended Notice of Lis Pendens recorded with the Maricopa County Recorder as Document No. 2016-0281623, are quashed; do not constitute a valid lien on or against the real property described therein; and have no further legal force or effect.

DATED AND SIGNED ABOVE

00148409

Donita J. Cole
P.O. Box 4907
Mesa, Arizona 85211
602-369-1551

*Without an Attorney*

FILED
2016 JUN 24 PM 12:43
U.S. BANKRUPTCY CLERK
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
District of Arizona

| | |
|---|---|
| **DONITA J. COLE,**<br><br>*Debtor,* | Case No.: **2-15-bk-07045-EPB**<br><br>Chapter 13 |

### STATEMENT OF ELECTION

DONITA J. COLE, elect{s} to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Dated: June 24, 2016

*Respectfully submitted,*

by: /s/ Donita Cole
**DONITA J. COLE** *without an attorney*
P.O. Box 4907
Mesa, Arizona 85211

- 4 -

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing has been furnished by U.S. Mail to: the parties on the service list on this date June 24, 2016.

by: _____
DONITA J. COLE *without an attorney*

SERVICE LIST:

**STEPHEN BROWER**
MOYES SELLERS & HENDRICKS
1850 N. Central Ave, Suite 1100
Phoenix, AZ 85014
602-604-2141

**Rachel Elizabeth Flinn**
RUSSELL BROWN, TRUSTEE
3838 North Central Ave, Suite 800
Phoenix, AZ 85012-1965
602.277.8996

**JOSHUA T GREER**
MOYES SELLERS & HENDRICKS
1850 N. Central Avenue
Suite 1100
PHOENIX, AZ 85012
602-604-2141

**MICHAEL P. LANE**
LANE & NACH, P.C.
2001 East Campbell, Suite 103
Phoenix, AZ 85016
602-258-6000

**CLINT W. SMITH**
CLINT W. SMITH PC
1423 S Higley Road, Suite 113
MESA, AZ 85206
480-807-9300

**RUSSELL BROWN**
CHAPTER 13 TRUSTEE
3838 North Central Ave, Suite 800
PHOENIX, AZ 85012-1965
602-277-8996

**Roger W. Brown, Trustee**
PO Box 32967
Phoenix AZ 85064-2967
602-274-4231

Donita J. Cole
P.O. Box 4907
Mesa, Arizona 85211
602-369-1551

*Without an Attorney*

FILED
2016 JUN 24 PM 1:11
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
District of Arizona

DONITA J. COLE,

*Debtor,*

Case No.: **2-15-bk-07045-EPB**

Chapter 13

## STATEMENT OF THE ISSUES TO BE PRESENTED

Appellant will present the following issues on appeal:

1. Whether it was error to grant relief under the Chapter 13 case since **DONITA J. COLE** had already voluntarily dismissed the case?

2. Whether this Court erred in acting without jurisdiction over a property that legally and lawfully belongs to **DONITA J. COLE and her husband** and not part of a bankruptcy estate?

3. Whether the bankruptcy court erred when it interfered with and denied the right of creditors and potential purchasers for value the right to notice of pending litigation concerning the real property?

4. Whether the bankruptcy Court erred in treating a Notice of Lis Pendens and the Amended Notice of Lis Pendens as liens rather than notices?

5. Whether the bankruptcy court erred in presuming it had jurisdiction over the property subject to the Lis Pendens when the only court that has jurisdiction is the court where the Lis Pendens is filed?

6. Whether the bankruptcy court erred in making declarations as to liens when such actions are reserved to adversary proceedings?

7. Whether the Court abused its discretion by providing relief to a non-creditor, thus acting outside the bounds of the bankruptcy code?

8. Whether the bankruptcy code acted without subject matter jurisdiction or in excess of its jurisdiction when it awarded Mr. Capital the relief requested.

9. Whether the Court violated **DONITA J. COLE**'s right to procedural due process by issuing an ex-parte order without affording ex-debtor an opportunity to object and hearing the objection.

Dated: June 24, 2016

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing has been furnished by U.S. Mail to: the parties on the service list on this date June 24, 2016.

*Respectfully submitted,*

by: /s/ Donita Cole
**DONITA J. COLE** *without an attorney*

**SERVICE LIST:**

**STEPHEN BROWER**
MOYES SELLERS & HENDRICKS
1850 N. Central Ave, Suite 1100
Phoenix, AZ 85014
602-604-2141

**Rachel Elizabeth Flinn**
RUSSELL BROWN, TRUSTEE
3838 North Central Ave, Suite 800
Phoenix, AZ 85012-1965
602.277.8996

**JOSHUA T GREER**
MOYES SELLERS & HENDRICKS
1850 N. Central Avenue
Suite 1100
PHOENIX, AZ 85012
602-604-2141

**MICHAEL P. LANE**
LANE & NACH, P.C.
2001 East Campbell, Suite 103
Phoenix, AZ 85016
602-258-6000

**CLINT W. SMITH**
CLINT W. SMITH PC
1423 S Higley Road, Suite 113
MESA, AZ 85206
480-807-9300

**RUSSELL BROWN**
CHAPTER 13 TRUSTEE
3838 North Central Ave, Suite 800
PHOENIX, AZ 85012-1965
602-277-8996

**Roger W. Brown, Trustee**
PO Box 32967
Phoenix AZ 85064-2967
602-274-4231

**Donita J. Cole**
P.O. Box 4907
Mesa, Arizona 85211
602-369-1551

*Without an Attorney*

FILED
2016 JUN 24 PM 12: 43
U.S. BANKRUPTCY CLERK
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
District of Arizona

| | |
|---|---|
| DONITA J. COLE,<br><br>*Debtor,* | Case No.: **2-15-bk-07045-EPB**<br><br>Chapter 13 |

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORDS ON APPEAL

**Entire Case Docket**

Dated: June 24, 2016

### CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing has been furnished by U.S. Mail to: the parties on the service list on this date June 24, 2016.

*Respectfully submitted,*

by: _/s/ Donita Cole_
DONITA J. COLE *without an attorney*

- 10 -

1
2  **SERVICE LIST**:

3  **STEPHEN BROWER**                         **CLINT W. SMITH**
   MOYES SELLERS & HENDRICKS            CLINT W. SMITH PC
4  1850 N. Central Ave, Suite 1100          1423 S Higley Road, Suite 113
   Phoenix, AZ 85014                              MESA, AZ 85206
5  602-604-2141                                    480-807-9300

6
   Rachel Elizabeth Flinn                       **RUSSELL BROWN**
7  RUSSELL BROWN, TRUSTEE              CHAPTER 13 TRUSTEE
   3838 North Central Ave, Suite 800      3838 North Central Ave, Suite 800
8  Phoenix, AZ 85012-1965                    PHOENIX, AZ 85012-1965
   602.277.8996                                    602-277-8996
9
   **JOSHUA T GREER**                          Roger W. Brown, Trustee
10 MOYES SELLERS & HENDRICKS          PO Box 32967
   1850 N. Central Avenue                       Phoenix AZ 85064-2967
11 Suite 1100                                          602-274-4231
   PHOENIX, AZ 85012
12 602-604-2141

13
   **MICHAEL P. LANE**
14 LANE & NACH, P.C.
   2001 East Campbell, Suite 103
15 Phoenix, AZ 85016
   602-258-6000
16
17
18
19
20
21
22
23
24
25
26
27
28

- 11 -